1

2

3

4

5

6

7

8                   UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11   DEVONTE FIELDS,                        | Case No. 1:22-cv-01122-CDB (PC)

12              Plaintiff,                   | ORDER GRANTING APPLICATION TO
                                             | PROCEED *IN FORMA PAUPERIS*
13         v.

14   J. SANCHEZ, *et al.*,                   | (ECF No. 2)

15              Defendants.                  | ORDER DIRECTING PAYMENT OF
                                             | INMATE FILING FEE BY CALIFORNIA
16                                           | DEPARTMENT OF CORRECTIONS AND
17                                           | REHABILITATION

18

19         Plaintiff Devonte Fields is a state prisoner proceeding *pro se* in this civil rights action filed

20   under 42 U.S.C. § 1983.  Plaintiff has requested leave to proceed *in forma pauperis* pursuant to

21   28 U.S.C. § 1915 and has made the showing required by subsection 1915(a).  Accordingly, the

22   request to proceed *in forma pauperis* is granted.

23         Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action and to make

24   monthly payments in the amount of twenty percent (20%) of the preceding month's income

25   credited to Plaintiff's trust account.  28 U.S.C. § 1915(b)(1).  The California Department of

26   Corrections and Rehabilitation is required to send to the Clerk of Court payments from Plaintiff's

27   account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid

28   in full.  28 U.S.C. § 1915(b)(2).

Accordingly, IT IS HEREBY ORDERED:

1.    Plaintiff's application to proceed *in forma pauperis,* (ECF No. 2), is GRANTED.

2.    **The Director of the California Department of Corrections and Rehabilitation or his designee shall collect payments from Plaintiff's prison trust account in an amount equal to twenty percent (20%) of the preceding month's income credited to the prisoner's trust account and shall forward those payments to the Clerk of Court each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of Court.  The payments shall clearly identify the name and number assigned to this action.**

3.    The Clerk of Court is directed to serve a copy of this order and a copy of Plaintiff's *in forma pauperis* application on the Director of the California Department of Corrections and Rehabilitation via the Court's electronic case filing system (CM/ECF).

4.    The Clerk of Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California, Sacramento Division.

IT IS SO ORDERED.

Dated:   **October 12, 2022**                        _____

                                            UNITED STATES MAGISTRATE JUDGE