UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVANTE FIELDS,<br><br>        Plaintiff,<br><br>    v.<br><br>J. SANCHEZ, et al.,<br><br>        Defendants. | Case No. 1:22-cv-01122-ADA-CDB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION FOR PRIORITY LEGAL STATUS<br><br>(ECF Nos. 8, 10) |

Plaintiff Devante Fields ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed under 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 18, 2023, the assigned Magistrate Judge issued findings and recommendations to deny Plaintiff's motion for priority legal status, which the Court construes as a request for injunctive relief. (ECF No. 10). The Court found that Plaintiff failed to meet the requirements of Federal Rule of Civil Procedure 65(a)(1); the Court lacked jurisdiction over non-parties; and Plaintiff failed to satisfy the factors for the issuance of injunctive relief under *Winter v. Natural Resources Defense Council, Inc.*, 555 U.S. 7, 20 (2008). The Magistrate Judge advised Plaintiff that he could file written objections to the findings and recommendations within fourteen days. Plaintiff has not filed objections, and the time to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on January 18, 2023, (ECF No. 10), are ADOPTED in full; and

2. Plaintiff's motion for priority legal status, (ECF No. 8), is DENIED.

IT IS SO ORDERED.

Dated:   March 20, 2023

UNITED STATES DISTRICT JUDGE

2