UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTE FIELDS,<br><br>            Plaintiff,<br><br>     v.<br><br>J. SANCHEZ, et al.,<br><br>            Defendants. | Case No.: 1:22-cv-01122-KES-CDB<br><br>**ORDER STRIKING PLAINTIFF'S FILING OF JULY 15, 2024**<br><br>(Doc. 27) |

Plaintiff Devonte Fields is proceeding pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

**I.     INTRODUCTION**

The Court issued its Order Referring Case to Post-Screening ADR and Staying Case for 90 Days on July 3, 2024. (Doc. 24.) The parties were directed to file notice, within 45 days, whether they wished to participate in an early settlement conference. (*Id*. at 2.) A blank notice form was attached for the parties' use. (*Id*. at 3.)

Defendants filed their notice on July 12, 2024, indicating a willingness to participate in an early settlement conference. (Doc. 26.) Plaintiff has not yet submitted a notice.

On July 15, 2024, Plaintiff filed a document titled "Motion for Call for Help; Motion Requesting Appointment of Counsel by this Court in § 1983 action; Injunction Relief Tell Staff Leave Me Be." (Doc. 27.)

On July 17, 2024, Defendants filed a notice indicating that, pursuant to the stay of these proceedings, they would not be responding to Plaintiff's motion unless otherwise directed. (Doc. 28.)

## II. DISCUSSION

In its July 3, 2024, the Court stayed this action for 90 days and expressly stated: "No pleadings or motions may be filed in this case during the stay." (Doc. 24 at 2.) The Court presumes Plaintiff received its order before he prepared his motion; it is dated and signed July 11, 2024. (Doc. 27 at 3.) In any event, Plaintiff's motion will be stricken because the action was stayed as of July 3, 2024, and the Court ordered that no motions could be filed during that stay. Plaintiff may refile his motion after the Court has ordered the stay lifted.

To the extent Plaintiff's motion indicates he does not understand "the Defendants motion," there is no defense motion pending. The only issue pending in this action requiring a response by Plaintiff is the order concerning an early settlement conference. As explained in the order, Plaintiff is required to complete the blank notice form provided. Plaintiff should place a check mark next to his preferred response, indicating whether he wishes to participate in an early settlement conference. The form must be submitted no later than August 19, 2024.

## III. CONCLUSION AND ORDER

Accordingly, Plaintiff's motion (Doc. 27) filed July 15, 2024, is **STRICKEN**. Plaintiff may resubmit the motion after the stay of these proceedings has been lifted by the Court.

IT IS SO ORDERED.

Dated: __July 18, 2024__

UNITED STATES MAGISTRATE JUDGE