UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTE FIELDS,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>J. SANCHEZ, et al.,<br><br>　　　　　　Defendants. | Case No.: 1:22-cv-01122-KES-CDB<br><br>**ORDER STRIKING PLAINTIFF'S FILING OF JULY 23, 2024**<br><br>(Doc. 30) |

Plaintiff Devonte Fields is proceeding pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

**I.　　INTRODUCTION**

The Court issued its Order Referring Case to Post-Screening ADR and Staying Case for 90 Days on July 3, 2024. (Doc. 24.) The parties were directed to file notice, within 45 days, whether they wished to participate in an early settlement conference. (*Id*. at 2.)

Defendants filed their notice on July 12, 2024, indicating a willingness to participate in an early settlement conference. (Doc. 26.) Plaintiff filed his notice on July 23, 2024, indicating a willingness to participate in an in person early settlement conference. (Doc. 31.)

Also on July 23, 2024, Plaintiff filed a document titled "Responds to Defendants Notice Regarding Early Settlement Conference; Ask this Court to Appoint Plaintiff with Warranted Appointment of Counsel to Represent Him." (Doc. 30.)

## II. DISCUSSION

This Court's July 3, 2024, order stayed this action for 90 days and expressly stated: "No pleadings or motions may be filed in this case during the stay." (*See* Doc. 24 at 2.) The Court recognizes Plaintiff's most recent request is dated and signed July 18, 2024—meaning it was prepared prior to Plaintiff receiving the Court's July 19, 2024, order striking his earlier request given the stay of these proceedings. (*See* Doc. 29.) In any event, Plaintiff's most recent request will also be stricken because the action was stayed for 90 days as of July 3, 2024, and the Court ordered that no motions could be filed during that stay. Plaintiff may refile his motion for the appointment of counsel after the Court has ordered the stay lifted.

Plaintiff is advised that because all parties to this action have indicated a willingness to participate in early ADR, defense counsel will be contacting the undersigned's courtroom deputy to schedule a settlement conference. (*See* Doc. 24 at 2.) Once a date and time have been identified, the Court will issue an order setting this case for a settlement conference and outlining the applicable procedures and deadlines. Plaintiff is further advised that the settlement conference will be held via videoconferencing, as opposed to "in person," as is Plaintiff's preference. The undersigned conducts settlement conferences via videoconferencing due to a heavy caseload and impacted schedule, and due to the costs and logistics associated with arranging an in person proceeding in a prisoner civil rights action. Notwithstanding the videoconference format, Plaintiff will have the opportunity to discuss his case "live" or in real time with the undersigned, in a manner very similar to an in-person proceeding.

## III. CONCLUSION AND ORDER

Accordingly, Plaintiff's motion for the appointment of counsel (Doc. 30) is **STRICKEN**. Plaintiff may resubmit the motion if and when the stay of these proceedings has been lifted by the Court.

IT IS SO ORDERED.

Dated: __July 24, 2024__

UNITED STATES MAGISTRATE JUDGE