UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTE FIELDS,<br><br>          Plaintiff,<br><br>    v.<br><br>J. SANCHEZ, et al.,<br><br>          Defendants. | Case No.: 1:22-cv-01122-KES-CDB<br><br>**AMENDED ORDER CONTINUING AND RESETTING SETTLEMENT CONFERENCE AND SETTLEMENT CONFERENCE PROCEDURES**<br><br>**Settlement Conference: 1/30/25 at 10:30 a.m. via Zoom Videoconference, before Magistrate Judge Sheila K. Oberto** |

Plaintiff Devonte Fields is proceeding pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

### I. INTRODUCTION

On September 11, 2024, the Court issued its Order Setting Settlement Conference and Settlement Conference Procedures, scheduling a telephonic pre-settlement conference and settlement conference before Magistrate Judge Sheila K. Oberto. (Doc. 35.)

On October 29, 2024, Judge Oberto conducted a telephonic pre-settlement conference with the parties. (Doc. 43 [minutes].) After discussing the matter, Judge Oberto determined a settlement conference at this stage of the proceedings would be premature. Further, Judge Oberto advised the parties that the settlement conference set for November 5, 2024, would not go forward and would instead be continued to a date in January or February 2025, to allow the parties to further meet and confer about the possibility of settlement.

Therefore, this Court will set a settlement conference for January 30, 2025, at 10:30 a.m., before Magistrate Judge Sheila K. Oberto. The settlement conference will be conducted by remote means, with all parties appearing by Zoom videoconference.

Accordingly, it is hereby **ORDERED** that:

1. The Court **SETS** a telephonic pre-settlement conference for **January 23, 2025, at 4:00 p.m**., before Judge Oberto. Defense counsel shall contact Magistrate Judge Oberto's courtroom deputy at wkusamura@caed.uscourts.gov for the phone number and access code and arrange for Plaintiff's participation.

2. A settlement conference is scheduled to occur on **January 30, 2025, at 10:30 a.m.**, before Magistrate Judge Oberto, via Zoom videoconference. Defense counsel shall arrange for Plaintiff's participation. Prior to the conference, defense counsel shall contact Judge Oberto's courtroom deputy at wkusamura@caed.uscourts.gov for the Zoom videoconference connection information. The Court will issue a writ of *habeas corpus ad testificandum* to allow for Plaintiff's participation, as appropriate.

3. Each party or a representative with full authority to negotiate and enter into a binding settlement agreement shall participate in the conference. The failure of any counsel, party, or authorized person subject to this order to participate in the conference may result in the imposition of sanctions.

4. Consideration of settlement is a serious matter that requires thorough preparation prior to the settlement conference. Participants in the conference must be prepared to discuss the claims, defenses, and damages.[1]

5. The parties shall engage in <u>informal</u> settlement negotiations as follows:
   No later than **December 17, 2024,** Plaintiff shall submit to Defendants, by mail, a written itemization of damages and a meaningful settlement demand, including a brief explanation of why such settlement is appropriate, which shall not exceed 5 pages.

---

[1] Plaintiff is advised that during the settlement conference, Judge Oberto will initially meet with both parties before moving into "breakout" or private rooms (within the Zoom videoconferencing platform) with each party. Each party – Plaintiff and defense counsel – will have an opportunity to discuss the case and their position separately with the judge. Judge Oberto will continue to conduct breakout sessions and to convey any demands and/or offers until a settlement is reached, or she determines further settlement efforts would not be helpful or productive.

No later than **December 31, 2024**, Defendants shall respond, by mail or telephone, with an acceptance of Plaintiff's offer or a meaningful counteroffer, including a brief explanation of why such settlement is appropriate. If settlement is achieved, the parties shall file a Notice of Settlement as required by Local Rule 160.

6. If settlement is not achieved informally, **the parties shall submit confidential settlement conference statements no later than January 16, 2025**. Defendants shall email their statement to skoorders@caed.uscourts.gov. Plaintiff shall mail his statement, clearly captioned "Confidential Settlement Conference Statement," to United States District Court, Attn: Magistrate Judge Sheila K. Oberto, 2500 Tulare Street, Room 1501, Fresno, CA 93721.

   Once the parties have submitted their statements, they shall file a "Notice of Submission of Confidential Settlement Conference Statement" with the court. The confidential settlement conference statements themselves **should not be filed** with the court **nor served** on the opposing party.

7. The confidential settlement conference statements should be no longer than 5 pages in length and include:
   a. A brief summary of the facts of the case;
   b. A brief summary of the claims and defenses of the case, i.e., the statutory, constitutional, or other grounds upon which the claims are founded;
   c. A forthright discussion of the strengths and weaknesses of the case and an evaluation of the likelihood of prevailing on the claims or defenses, from the party's perspective, and a description of the major issues in dispute;
   d. An estimate of the party's expected costs and time to be expended for further discovery, pretrial matters, and trial;
   e. A summary of past settlement discussions, including the informal settlement negotiations required above; a statement of the party's current position on settlement, including the amount the party would offer and accept to settle (in

3

specific dollar amounts); and a statement of the party's expectations for settlement discussions;

    f. An estimate of any restitution allocated to Plaintiff, or other financial obligation assigned to Plaintiff, that would affect the parties' settlement discussions;

    g. A list of the individuals who will be attending the conference on the party's behalf, including names and, if appropriate, titles; and,

    h. If a party intends to discuss the settlement of any other actions or claims not raised in this suit, a brief description of each action or claim, including case number(s), as applicable.

8. The stay of this action is extended to January 31, 2025.

9. **Plaintiff is ADVISED he may submit a motion for the appointment of counsel and/or a motion for a competency determination, for the assigned magistrate judge's consideration and ruling, despite the extended stay. No other type of motion may be filed or submitted during the stay of these proceedings**. **Plaintiff should submit any motion for the appointment of counsel and/or motion for a competency determination as soon as possible to the allow the undersigned sufficient time to issue a ruling in advance of the settlement conference.**

10. The Clerk of the Court is directed to serve a copy of this order on the Litigation Office at California State Prison, Corcoran via facsimile at (559) 992-7372 or via email.

IT IS SO ORDERED.

Dated:   **October 31, 2024**                         _____
                                                          UNITED STATES MAGISTRATE JUDGE