UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTE FIELDS,<br><br>      Plaintiff,<br><br>    v.<br><br>J. SANCHEZ, et al.,<br><br>      Defendants. | Case No.: 1:22-cv-01122-KES-CDB<br><br>**ORDER FOR WARDEN OF CALIFORNIA STATE PRISON, CORCORAN TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO COMPLY WITH A COURT ORDER**<br><br>**SEVEN (7) DAY RESPONSE DEADLINE** |

Plaintiff Devonte Fields is proceeding pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

## I.    INTRODUCTION

This matter was scheduled for a settlement conference via Zoom videoconferencing before the undersigned on January 30, 2025, at 10:30 a.m.

On December 9, 2024, the Court issued an Order & Writ of Habeas Corpus Ad Testificandum, directing Plaintiff's custodian to produce him for a Zoom video conference on January 30, 2025, at 10:30 a.m. (*See* Doc. 48.) The writ was served on the institution's litigation coordinator via email and regular mail on that same date.

On January 30, 2025, the Court waited ninety (90) minutes for Plaintiff to appear.[1] No one

---

[1] Since it was a Zoom appearance and both parties had indicated a desire to attend a settlement conference,

at the institution contacted the Court or defense counsel to notify them of the delay. At the Court's request, defense counsel contacted the institution to determine the reason for the delay and did not receive an accurate time estimate for Plaintiff's appearance.

At approximately 12:04 p.m., as the Court was about to end the Zoom video conference connection, a representative of the institution connected to the video conference. Although Plaintiff was present,[2] neither the Court nor defense counsel could hear Plaintiff clearly. Because Plaintiff could not be heard or understood, the Court did not conduct the scheduled settlement conference.

## II.    ORDER

Based on the foregoing, the Court **ORDERS** the Warden at California State Prison, Corcoran to show cause in writing, **within seven (7) days**, why sanctions should not issue for his or her failure to comply with a court order to arrange for Plaintiff's timely appearance. The warden shall explain why he or she did not notify the Court that Plaintiff would be unavailable on January 30, 2025, at 10:30 a.m., for the settlement conference.

Additionally, the Clerk of the Court is **DIRECTED** to serve a copy of this order to the litigation coordinator at California State Prison, Corcoran, via email and regular mail, and to Supervising Deputy Attorney General Lawrence Bragg via email at Lawrence.Bragg@doj.ca.gov.

IT IS SO ORDERED.

Dated:    **January 30, 2025**            /s/ *Sheila K. Oberto*
                                UNITED STATES MAGISTRATE JUDGE

---

the Court waited for a considerably long time for Plaintiff's appearance.

[2] Plaintiff was standing in a holding cage several feet from the laptop used to connect to the conference.

2