UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTE FIELDS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J. SANCHEZ, et al.,<br><br>　　　　　Defendants. | Case No.: 1:22-cv-01122-KES-CDB<br><br>**SECOND AMENDED ORDER RESETTING SETTLEMENT CONFERENCE AND SETTLEMENT CONFERENCE PROCEDURES**<br><br>**Settlement Conference: 3/25/25 at 10:00 a.m. via Zoom Videoconference, before Magistrate Judge Sheila K. Oberto** |

Plaintiff Devonte Fields is proceeding pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

**I.　BACKGROUND**

On September 11, 2024, the Court issued its Order Setting Settlement Conference and Settlement Conference Procedures, scheduling a telephonic pre-settlement conference and settlement conference before Magistrate Judge Sheila K. Oberto. (Doc. 35.)

On October 29, 2024, Judge Oberto conducted a telephonic pre-settlement conference with the parties. (Doc. 43 [minutes].) After discussing the matter, Judge Oberto determined a settlement conference at this stage of the proceedings would be premature. Further, Judge Oberto advised the parties that the settlement conference set for November 5, 2024, would not go forward and would instead be continued to a date in January or February 2025, to allow the

1  parties to further meet and confer about the possibility of settlement.

2        On October 31, 2024, the Court issued its Amended Order Setting Settlement Conference
3  and Settlement Conference Procedures. (Doc. 44.) Relevant here, the settlement conference was
4  reset for January 30, 2025, at 10:30 a.m., before Magistrate Judge Sheila K. Oberto. (Doc. 44.)

5        On December 9, 2024, the Court issued its Order & Writ of Habeas Corpus ad
6  Testificandum concerning Plaintiff's participation at the settlement conference. (Doc. 48.) The
7  writ was served via regular mail and emailed to the litigation coordinator and warden at
8  California State Prison-Corcoran that same date.

9        Judge Oberto conducted a telephonic pre-settlement conference with the parties on
10  January 23, 2025, confirming the settlement conference date and the parties' readiness. (Doc. 50
11  [minutes].)

12        On January 30, 2025, the settlement conference was not held. (Doc. 51 [minutes].) That
13  same date, Judge Oberto issued an Order for Warden of California State Prison, Corcoran to
14  Show Cause (OSC) Why Sanctions Should Not Be Imposed for Failure to Comply with Court
15  Order. (*See* Doc. 53.) It was noted the Court waited 90 minutes for Plaintiff to appear for the
16  settlement conference. (*Id*. at 1.) And that at about 12:04 p.m., "as the Court was about to end the
17  Zoom video conference connection, a representative of the institution connected to the video
18  conference," but the Court could not hear or understand Plaintiff as he was "standing in a holding
19  cage several feet from the laptop used to connect to the conference." (*Id*. at 2 & n.2.) The warden
20  was directed to explain why he or she did not notify the Court that Plaintiff would be unavailable
21  for the settlement conference. (*Id*. at 2.)

22        On February 6, 2025, following the warden's response (Doc. 54), Judge Oberto issued an
23  Order discharging the OSC and directing defense counsel to contact her courtroom deputy to set a
24  settlement conference in March (Doc. 55).

25        This Court will reset a settlement conference for March 25, 2025, at 10:00 a.m., before
26  Magistrate Judge Sheila K. Oberto. The settlement conference will be conducted by remote
27  means, with all parties appearing by Zoom videoconference.

28  //

## II.   ORDER

Accordingly, it is hereby **ORDERED** that:

1. The Court **SETS** a telephonic pre-settlement conference for **March 18, 2025, at 4:00 p.m.**, before Judge Oberto. Defense counsel shall contact Magistrate Judge Oberto's courtroom deputy at wkusamura@caed.uscourts.gov for the phone number and access code. The Court will issue a writ of *habeas corpus ad testificandum* to allow for Plaintiff's participation, as appropriate.

2. A settlement conference is scheduled to occur on **March 25, 2025, at 10:00 a.m.**, before Magistrate Judge Oberto, via Zoom videoconference. Defense counsel shall arrange for Plaintiff's participation. Prior to the conference, defense counsel shall contact Judge Oberto's courtroom deputy at wkusamura@caed.uscourts.gov for the Zoom videoconference connection information. The Court will issue a writ of *habeas corpus ad testificandum* to allow for Plaintiff's participation, as appropriate.

3. Each party or a representative with full authority to negotiate and enter into a binding settlement agreement shall participate in the conference. The failure of any counsel, party, or authorized person subject to this order to participate in the conference may result in the imposition of sanctions.

4. Consideration of settlement is a serious matter that requires thorough preparation prior to the settlement conference. Participants in the conference must be prepared to discuss the claims, defenses, and damages.[1]

5. The parties shall engage in <u>informal</u> settlement negotiations as follows:

    No later than **February 21, 2025,** Plaintiff shall submit to Defendants, by mail, a written itemization of damages and a meaningful settlement demand, including a brief explanation of why such settlement is appropriate, which shall not exceed 5 pages.

    No later than **February 28, 2025**, Defendants shall respond, by mail or telephone,

---

[1] Plaintiff is reminded that during the settlement conference, Judge Oberto will initially meet with both parties before moving into "breakout" or private rooms (within the Zoom videoconferencing platform) with each party. Each party – Plaintiff and defense counsel – will have an opportunity to discuss the case and their position separately with the judge. Judge Oberto will continue to conduct breakout sessions and to convey any demands and/or offers until a settlement is reached, or she determines further settlement efforts would not be helpful or productive.

3

with an acceptance of Plaintiff's offer or a meaningful counteroffer, including a brief explanation of why such settlement is appropriate. If settlement is achieved, the parties shall file a Notice of Settlement as required by Local Rule 160.

6. If settlement is not achieved informally, **the parties shall submit confidential settlement conference statements no later than March 10, 2025**. Defendants shall email their statement to skoorders@caed.uscourts.gov. **Plaintiff shall mail his statement, clearly captioned "Confidential Settlement Conference Statement," to United States District Court, Attn: Magistrate Judge Sheila K. Oberto, 2500 Tulare Street, Room 1501, Fresno, CA 93721**.

   Once the parties have submitted their statements, they shall file a "Notice of Submission of Confidential Settlement Conference Statement" with the court. The confidential settlement conference statements themselves **should not be filed** with the court **nor served** on the opposing party.

7. The confidential settlement conference statements should be no longer than 5 pages in length and include:

   a. A brief summary of the facts of the case;
   b. A brief summary of the claims and defenses of the case, i.e., the statutory, constitutional, or other grounds upon which the claims are founded;
   c. A forthright discussion of the strengths and weaknesses of the case and an evaluation of the likelihood of prevailing on the claims or defenses, from the party's perspective, and a description of the major issues in dispute;
   d. An estimate of the party's expected costs and time to be expended for further discovery, pretrial matters, and trial;
   e. A summary of past settlement discussions, including the informal settlement negotiations required above; a statement of the party's current position on settlement, including the amount the party would offer and accept to settle (in specific dollar amounts); and a statement of the party's expectations for

4

settlement discussions;

  f. An estimate of any restitution allocated to Plaintiff, or other financial obligation assigned to Plaintiff, that would affect the parties' settlement discussions;

  g. A list of the individuals who will be attending the conference on the party's behalf, including names and, if appropriate, titles; and,

  h. If a party intends to discuss the settlement of any other actions or claims not raised in this suit, a brief description of each action or claim, including case number(s), as applicable.

8. The stay of this action is extended to March 25, 2025.

9. The Clerk of the Court is directed to serve a copy of this order on the Litigation Office at California State Prison, Corcoran via facsimile at (559) 992-7372 or via email.

IT IS SO ORDERED.

Dated: **February 12, 2025**

UNITED STATES MAGISTRATE JUDGE

5