1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11   DEVONTE FIELDS,                          Case No.: 1:22-cv-01122-KES-CDB

12                Plaintiff,                   ORDER ADOPTING FINDINGS AND
                                               RECOMMENDATIONS TO DENY
13         v.                                  PLAINTIFF'S MOTION TO RESCIND THE
                                               SETTLEMENT AGREEMENT AND TO
14   J. SANCHEZ, et al.,                       GRANT DEFENDANTS' MOTION TO
                                               ENFORCE THE PARTIES' SETTLEMENT
15                Defendants.                  AGREEMENT

16                                             Docs. 65, 68, 70

17

18         Plaintiff Devonte Fields is proceeding pro se and in forma pauperis in this civil rights

19   action pursuant to 42 U.S.C. § 1983. This matter was referred to a United States magistrate judge

20   pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

21         On July 14, 2025, the assigned magistrate judge, who conducted the settlement conference

22   at issue in this action, issued findings and recommendations to deny plaintiff's motion to rescind

23   the settlement agreement and to grant defendants' motion to enforce the parties' settlement

24   agreement. Doc. 70. Specifically, the magistrate judge found that plaintiff clearly confirmed his

25   intent to be bound by the settlement agreement during the March 25, 2025 settlement conference.

26   *Id.* at 9. The record shows that plaintiff expressly agreed to the material terms as recited by

27   defense counsel, and never indicated any reticence, hesitation, or discomfort, physical or

28   otherwise, during the proceedings. *Id.* Plaintiff also inquired as to how he could receive the

1    settlement funds, asking whether it was "possible that the money can be sent to a bank account"

2    instead of to his inmate trust account.  Doc. 66 at 7.  The parties were afforded fourteen (14) days

3    within which to file any objections.  *Id*. at 10-11.  On July 23, 2025, plaintiff filed objections.

4    Doc. 71.

5        In his objections, plaintiff states that within hours of the settlement agreement with the

6    parties, he was rushed to an outside emergency room where he underwent emergency surgery.  *Id*

7    at 3.  He states that his medical condition "created a state of duress that impacted [his] mental

8    state and made it impossible for [him] to act freely and voluntarily" during the settlement

9    conference.  *Id.*  Plaintiff does not provide any evidence such as medical documentation to

10    corroborate this contention.  And plaintiff's express agreements and inquiries during the

11    settlement conference, and the findings of the magistrate judge who presided over the settlement

12    conference, undermine plaintiff's contention that he was in a state of duress.

13        In accordance with the provisions of 28 U.S.C. § 636(b)(1), the Court conducted a de

14    novo review of this case.  Having carefully reviewed the file, including plaintiff's objections, the

15    Court concludes that the findings and recommendations are supported by the record and proper

16    analysis.

17    ///

18    ///

19    ///

20    ///

21    ///

22    ///

23    ///

24    ///

25    ///

26    ///

27    ///

28    ///

2

Accordingly:

1. The findings and recommendations issued July 14, 2025, Doc. 70, are ADOPTED in full;

2. Plaintiff's motion to rescind the settlement agreement, Doc. 65, is DENIED;

3. Defendants' motion to enforce the settlement agreement, Doc. 68, is GRANTED;

4. The terms of the settlement are as reflected in the written settlement agreement prepared by defendants, *see* Doc. 68-2 at 8–11;

5. The settlement is effective as of the date of this order and all deadlines in the agreement will run from today's date; and

6. The Court retains jurisdiction to enforce the settlement agreement.

IT IS SO ORDERED.

Dated:   August 31, 2025

UNITED STATES DISTRICT JUDGE

3