UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVONTE FIELDS,<br><br>        Plaintiff,<br><br>   v.<br><br>J. SANCHEZ, et al.,<br><br>        Defendants. | Case No.: 1:22-cv-01122-KES-CDB<br><br>**ORDER DIRECTING CLERK OF THE COURT TO CLOSE CASE**<br><br>(Doc. 73) |

      On October 1, 2025, the parties filed a Stipulation for Voluntary Dismissal with Prejudice. (Doc. 73.) The stipulation is signed and dated by Plaintiff Devonte Fields and by Paul A. Kozina, counsel for Defendants J. Burnes, J.P. Sanchez, and J. Flores. (*Id*.) It indicates that the parties stipulate to a dismissal of this action with prejudice and each party is to bear its own litigation costs and attorney's fees. (*Id.*)

      Accordingly, this action is terminated by operation of law without further order from the Court. Fed. R. Civ. P. 41(a)(1)(A)(ii). The Clerk of the Court is directed to terminate all pending motions and deadlines and to close this case.

IT IS SO ORDERED.

Dated:   **October 2, 2025**                                     

                                                             UNITED STATES MAGISTRATE JUDGE